UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UMER FAROOQ,

                        Plaintiff,            19-CV-6294 (JMF)

        -v-                               ORDER

CITY OF NEW YORK, et al.,

                      Defendants.

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motion to dismiss, *see* Docket No. 57, Defendants' earlier motion to dismiss filed at ECF No. 46 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **February 24, 2020**. Defendants' reply, if any, is due by **March 9, 2020**. At the time any reply is served, the moving party shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre Street, New York, New York.

       The Clerk of Court is directed to terminate ECF No. 46.

       SO ORDERED.

Dated: January 29, 2020
       New York, New York
                                                JESSE M. FURMAN
                                             United States District Judge